**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| H&L HOLDINGS GROUP, LLC, a Delaware limited liability company,<br><br><br>                    Plaintiff,<br><br>v.<br><br>QUINECIA E. BRACKETT, an individual, MAJESTY LOUNGE, LLC an Alabama domestic limited liability company; KERRY D. BRACKETT, an individual; HISCOX INSURANCE COMPANY, a California stock corporation, and HISCOX, INC, a California stock corporation, and DOES 1-50<br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO: 8:25-CV-02866-DOC-JDE

**JUDGMENT IN FAVOR OF PLAINTIFF H&L HOLDINGS GROUP, LLC AND AGAINST DEFENDANTS QUINECIA E. BRACKETT AND KERRY D. BRACKETT, JOINTLY AND SEVERALLY**

After duly considering all submitted and filed papers and in accordance with the order of this Court dated May 1, 2026, **IT IS HEREBY ORDERED, ADJUDGED and DECREED** as follows:

1.     The Court hereby enters Judgment in favor of Plaintiff and against Defendants Kerry D. Brackett and Quinecia E. Brackett, jointly and severally, in the total amount of **$91,254.33** which represents: $85,706.77 in damages; $5,028.27 in attorneys' fees; and $519.29 in costs.

2.     Plaintiff is also entitled to post-judgment interest beginning on the date this Judgment is signed, at the rate of 10% per year totaling, $9,125.43, or $25.00 per day, while the Judgment remains unpaid [$91,254.33 multiplied by 10%, or is $9,125.43 annually,  divided by 365 days, equating to is $25.00 per day]. (California Code of Civil Procedure 685.010.)

//

Dated:  July 7, 2026

_David O. Carter_
_____

THE HONORABLE DAVID O. CARTER, JUDGE